IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ROY LABORIS FAILS, JR.,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-2097

Opinion filed October 11, 2016.

Petition for Writ of Prohibition.

Bruce A. Miller, Public Defender, and Jasmine Green, Assistant Public Defender, Pensacola, for Petitioner.

Pamela Jo Bondi, Attorney General, and Charlie Lee, Assistant Attorney General, Tallahassee, for Respondent.

PER CURIAM.

DENIED.

MAKAR, JAY, and M.K. THOMAS, JJ., CONCUR.